UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ, ANDRES PINEDO, WILMER LOPEZ, JULIO CORONA, and AQUILINO NUNEZ,

                Plaintiffs,

-against-

SKYLINE RESTORATION & PRESERVATION LLC, SKYLINE RESTORATION & WATERPROOFING INC., SKYLINE RESTORATION GROUP, LLC, SKYLINE RESTORATION INC., SKYLINE RESTORATION SERVICES, LLC, JOSE LUIS PRADO, JOHN DOE CORPORATIONS 1-10, and RICHARD ROES 1-10,

                Defendants.

Case No. 20-CV-01062-ENV-SMG

**NOTICE OF ACCEPTANCE**

      On June 11, 2020, Defendant JOSE LUIS PRADO served an Offer of Judgment in the amount of $75,000.00 ("Offer") on Plaintiffs ALEJANDRO HERNANDEZ, ANDRES PINEDO, WILMER LOPEZ, JULIO CORONA, and AQUILINO NUNEZ. A copy of the Offer is attached hereto as Exhibit "A".

      Plaintiffs ALEJANDRO HERNANDEZ, ANDRES PINEDO, WILMER LOPEZ, JULIO CORONA, and AQUILINO NUNEZ ("Plaintiffs") accept Defendant JOSE LUIS PRADO's Offer.

      Plaintiffs therefore request judgment in their favor in accordance with the Offer.

June 24, 2020

                Respectfully submitted,

                HARRISON, HARRISON & ASSOCIATES

                  /S/ DAVID HARRISON
                David Harrison (DH 3413)
                110 State Highway 35, 2nd Floor
                Red Bank, NJ 07701
                (718) 799-9111 Phone
                (718) 799-9171 Fax
                dharrison@nynjemploymentlaw.com
                *Attorneys for Plaintiffs*

To: Jordan F. Harlow, Esq.
GLASS HARLOW & HOGROGIAN LLP
Attorneys for Defendant Jose Luis Prado
85 Broad Street, 18th Floor @ WeWork
New York, NY 10004
(212) 537-6859

Michael H. Maizes, Esq.
Maizes & Maizes LLP
Attorneys for Defendants
2027 Williamsbridge Road, 2nd Floor
Bronx, NY 10461

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALEJANDRO HERNANDEZ, ANDRES PINEDO, WILMER LOPEZ, JULIO CORONA, and AQUILINO NUNEZ, on behalf of themselves and all other similarly situated,

                  Plaintiff,

-against-

SKYLINE RESTORATION & PRESERVATION LLC, SKYLINE RESTORATION & WATERPROOFING INC., SKYLINE RESTORATION GROUP, LLC, SKYLINE RESTORATION INC., SKYLINE RESTORATION SERVICES, LLC, JOSE LUIS PRADO, JOHN DOE CORPORATIONS 1-10, and RICHARD ROES 1-10,

                  Defendants.

Case No. 20-CV-01062-ENV-SMG

RULE 68 OFFER OF JUDGMENT

      Whereas pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Jose Luis Prado having offered to allow Plaintiffs to take a judgment against the Defendant Jose Luis Prado in this action for the total sum of Seventy-Five thousand dollars ($75,000.00) Dollars, inclusive of reasonable attorneys' fees, expenses, and costs accrued to date, for all claims that have been, or could have been asserted against the Defendant Jose Luis Prado in the complaint of this action to the date of this offer.

      This judgment shall be in full satisfaction of all federal, and state law claims or rights that Plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendant Jose Luis Prado, in connection with the facts and circumstances that are the subject of the complaint in this action, from the beginning of the world to the date of Plaintiff's acceptance of this offer of judgment. This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendant Jose Luis Prado or any employee, or agent of Jose Luis

Prado; nor is it an admission that Plaintiffs have suffered any damages. This Offer of Judgment may only be accepted up to and including fourteen (14) days after service of this offer. If the Plaintiffs do not accept this offer within fourteen (14) days after service of this offer upon plaintiff, this offer will be deemed rejected.

Acceptance of this Offer of Judgment will act to release and discharge Defendant Jose Luis Prado from any and all claims that were or could have been alleged by Plaintiffs in the above captioned action, from the beginning of the world to the date of Plaintiffs' acceptance of this Offer of Judgment.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated: New York, New York
       June 11, 2020

                    **GLASS HARLOW & HOGROGIAN LLP**
                    Attorneys for Defendant Jose Luis Prado
                    85 Broad Street, 18th Floor @ WeWork
                    New York, NY 10004
                    (212) 537-6859

                    By: s/Jordan Harlow
                          Jordan F. Harlow, Esq.

To: David Harrison
    Harrison, Harrison & Associates
    Attorneys for Plaintiffs
    110 State Highway 35, 2nd Floor
    Red Bank, NJ 07701

    Michael H. Maizes, Esq.
    Maizes & Maizes LLP
    Attorneys for Defendants
    2027 Williamsbridge Road, 2nd Floor
    Bronx, NY 10461

## CERTIFICATE OF SERVICE

  I, David Harrison, hereby certify that on June 24, 2020, true and correct copies of **Plaintiffs' Notice of Acceptance** was served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties and participants:

Jordan F. Harlow, Esq.
GLASS HARLOW & HOGROGIAN LLP
Attorneys for Defendant Jose Luis Prado
85 Broad Street, 18th Floor @ WeWork
New York, NY 10004
(212) 537-6859

Michael H. Maizes, Esq.
Maizes & Maizes LLP
Attorneys for Defendants
2027 Williamsbridge Road, 2nd Floor
Bronx, NY 10461

                  /s/ David Harrison
                 David Harrison, Esq.